UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CHARLES L. MITZELFELD

    Plaintiff,

vs.                                            Case No.:

SAFECO INSURANCE COMPANY OF ILLINOIS,

    Defendant.
_____/

## NOTICE OF REMOVAL

COMES NOW, Defendant, SAFECO INSURANCE COMPANY OF ILLINOIS, by and through its attorney, and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, removes this matter from the Circuit Court of the Fifteenth Judicial Circuit of Florida, in and for Palm Beach County, Florida, to the **United States District Court for the Southern District of Florida, West Palm Beach Division**, and in support thereof state as follows:

### I.    The Procedural Requirements For Removal Have Been Satisfied

Defendant has complied with the requirements of 28 U.S.C. § 1446 and Local Rule 4.02 in that:

A.    Accompanying this Notice of Removal is composite Exhibit "A"[1] that contains a copy of all process, pleadings and orders served upon Defendant(s), as required by 28 U.S.C. § 1446(a). Additional pleadings, process and orders and other papers or exhibits of every kind, filed with the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, as required by Local Rule 4.02 have been requested and will be filed upon receipt.

---

[1] Exhibit "A," pleadings filed to date

{30576213;1}

B.  This Notice of Removal is being filed within thirty (30) days after receipt of a pleading whereby this matter first became removable, as required by 28 U.S.C. § 1446(b). *See Boulet v. Millers Mutual Insurance Assoc. of Illinois*, 36 F.R.D. 99 (D. Minn. 1964); *Johnson v. Harper*, 66 F.R.D. 103 (E.D. Tenn. 1975). The pleading triggering removal was the Complaint and Demand for Jury Trial served upon Safeco Insurance Company of Illinois on March 2, 2015. *See* Notice of Service of Process, attached as part of Exhibit "A."

C.  Defendant has served upon Plaintiff this Notice of Removal and attached exhibits, as required by 28 U.S.C. § 1446(d).

D.  Defendant has filed with the Clerk of the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida this Notice of Removal and attached exhibits, as required by 28 U.S.C. § 1446(d).

E.  By preponderance of evidence, the amount in controversy exceeds jurisdictional requirement. 28 U.S.C. § 1332. Williams v. Best Buy, 269 F.3d 1316 (11th Cir. 2001). Court's analysis focuses on how much is in controversy at the time of removal, no later. Pretka v. Kolter City Plaza II, Inc. 608 F.3d 744, 751 (11th Cir. 2010). *See Wilt v. Depositors Ins. Co.*, No. 6:13-CV-1502-ORL-36, 2013 WL 6195768, at *1 (M.D. Fla. Nov. 26, 2013) (citing *Roe v. Michelin N. Am., Inc.*, 613 F.3d 1058, 1061–62 (11th Cir. 2010)).

F.  A short and concise statement of the grounds for removal is set forth below.

## II.   Grounds For Removal

1.  Plaintiff, Charles L. Mitzelfled (a/k/a Charles Mitzelfeld) commenced this action on February 17, 2015, in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, bearing case number 50215 CA 01877.

{30576213;1}                                     2

2. On March 2, 2015, Plaintiff served Safeco Insurance Company of Illinois through is Registered Agent with a summons and a copy of the Complaint and Demand for Jury Trial. A copy of the summons served is included in Exhibit "A."

3. Upon information and belief, Plaintiff is a citizen of the State of Florida. See Exhibit "B."[2]

4. Safeco Insurance Company of Illinois is an Illinois corporation with its principal place of business in Warrenville, Illinois, and therefore is a citizen of Illinois, and was not at the time of the commencement of said action, or at any time thereafter, a citizen of the State of Florida for purposes of 28 U.S.C. §1332. See Exhibit "C."[3] Defendant Safeco Insurance Company of Illinois consents to removal.

5. On the face of the Complaint, Plaintiffs seek damages *in excess of* $15,000.00, the jurisdictional minimum of the Circuit Court of Palm Beach County. *See* Exhibit "A," Complaint at ¶1. In addition, the Plaintiff alleges that "Plaintiff was insured through Safeco Insurance Company of Illinois,… which provided for uninsured motorists coverage in the amount of $750,000.00….". See Exhibit "A," Complaint at ¶ 10 of Count I.

6. In his Complaint, Plaintiff, Charles Mitzelfled (a/lk/a Charles Mitzelfeld) asserts that he sustained personal injuries when their vehicle was struck by a vehicle operated by Cesar Dinzey Rivas. *See* Exhibit "A," Complaint at ¶ 7 of Count I.

7. Plaintiff asserts that driver, Cesar Dinzey Rivas, was an uninsured and/or underinsured motorist and was covered under an insurance policy with Progressive Insurance Company. See Exhibit "A", Complaint at ¶ 8 of Count I.

---

[2] Exhibit "B" Plaintiff's Proof of Citizenship
[3] Exhibit "C" Defendant's Citizenship Documents

{30576213;1}   3

8. Plaintiff asserts that he was in a vehicle insured by Defendant Safeco Insurance Company of Illinois.

9. Plaintiff asserts that Defendant Safeco Insurance Company of Illinois, "is liable to pay damages to Plaintiff for any negligence assessed against Cesar Dinzey Rivas, pursuant to the uninsured motorist provisions of the policy number F2246863." *See* Exhibit "A," Complaint at ¶ 12 of Count I.

10. Therefore, in his Complaint, Plaintiff alleges his damages exceed the limits of liability coverage afforded to the tortfeasor, Cesar Disney Rivas . *See* Exhibit "A," Complaint at ¶ 8 of Count I. Plaintiff alleges that the "Defendant, SAFECO INSURANCE COMPANY OF ILLINOIS, has unjustifiably refused to honor its contractual obligation by failing to pay the uninsured motorist benefits owed to Plaintiff." See Exhibit "A," Complaint at ¶ 13 of Count I. Plaintiff also specifically demands judgment for damages "for the full amount of the uninsured motorist benefits under the policy," i.e., $750,000. *Id.* at Count I Wherefore Clause. Therefore, the amount in controversy exceeds $75,000.00. Moreover, Plaintiff's counsel has demanded policy limits of $750,000 to settle the case. *See* September 14, 2014 letter from Attorney Philip L. Valente, Jr. to Safeco Insurance Company of Illinois, attached as Exhibit "D,"[4] exclusive of interest and costs, as is required for diversity jurisdiction in Federal Court.

11. As complete diversity existed between Plaintiffs and Defendant at the time Plaintiffs commenced this action in state court, as complete diversity exists as of the time of the filing of this notice of removal and as the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, this Court has original jurisdiction over this action as defined in 28 U.S.C. § 1332(a)(1).

---

[4] Exhibit "D," September 14, 2014 letter from Philip L. Valente to Safeco Insurance Company of Illinois, Page 3.

**WHEREFORE**, Defendant respectfully removes this case from the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida to the United States District Court for the Southern District of Florida.

Respectfully submitted,

**AKERMAN LLP**
*Attorneys for Safeco Ins. Co. of Illinois*
One Southeast Third Avenue, 25th Floor
Miami, FL  33131-1714
Phone:  (305) 374-5600
Fax:  (305) 374-5095

By:      s/ Gary J. Guzzi                          _____      
    GARY J. GUZZI
    Florida Bar Number:  159440
    Email: gary.guzzi@akerman.com
    Secondary email: maria.revoredo@akerman.com

and

Law Office of J. Christopher Norris
201 East Pine Street, Suite 875
Orlando, FL 32801
Telephone:  (407) 648-0123
Attorney for Defendant, Safeco Insurance
 Company of Illinois

By:      s/ Maddge Bergiste Penton         _____      
    Maddge Bergiste Penton
    Florida Bar No. 0597856
    Primary E-mail (eservice only)
    OrlandoLegalMail@libertymutual.com
    Secondary E-mail:
    Maddge.Penton@Libertymutual.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF systems and served via U.S. Mail and e-mail on this 23rd day of March, 2015 on all counsel or parties of record on the Service List below.

                                                           s/ Gary J. Guzzi
                                                           Attorney

## SERVICE LIST

**Plaintiff's Counsel:**
Philip L. Valente, Jr., Esquire
Valente Law Firm
1806 Old Okeechobee Road
West Palm Beach, FL 33409
Primary E-Mail: phil@valentepa.com
Telephone:  (561) 615-6200